Ralph Bouton, Appellee, v. George J. Harrison, Appellant.

Gen. No. 9,838.

opinion filed December 22, 1942. Cassidy, Knoblock & Sloan, for appellant; Champion, Gaskins & Lee, for appellee. Opinion by PRESIDING JUSTICE HUFFMAN. ''Not to be published in full.''